ACCEPTED
01-15-00572-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 8:49:50 AM
CHRISTOPHER PRINE
CLERK

# MILLS SHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/3/2015 8:49:50 AM

CHRISTOPHER A. PRINE
Clerk

August 1, 2015

Re:   Case No. 01-15-00572-CV; *Progressive County Mutual Insurance Company and Donald James Wilkins v. Predistell Robinson and Maenetta Robinson* – In the First Court of Appeals, Houston, Texas

Christopher A. Prine, Clerk
First Court of Appeals
Harris County 1910 Courthouse
301 Fannin, Suite 208
Houston, TX 77002-2066

Dear Mr. Prine:

In compliance with the Court's Mediation Order of July 14, 2015, this letter will notify the Court that the above cause was mediated on July 30.

The parties did settle the underlying dispute.

Sincerely,

*/s/ George W. Vie III*

State Bar No. 20579310

GWV/kc

cc:

Via e-service to *john.friesell@sbcglobal.net*

John Riley Friesell
Friesell Westerlage, PLLC
The Niels Esperson Building
808 Travis St., 24th Floor
Houston, Texas 77002

Attorney for Appellees/Cross-appellants

4825-7238-8134, v. 1